ACCEPTED
01-08-00460-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 1:23:04 PM
CHRISTOPHER PRINE
CLERK

01-15-00460-CR
01-15-00461-CR

IN THE

COURT OF APPEALS FOR THE FIRST DISTRICT

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 1:23:04 PM
CHRISTOPHER A. PRINE
Clerk

---

## IN RE JOSHUA TYRONE LANE

---

FROM CHARGES IN CAUSE NOS. 54972-1 & 54973-1

300TH JUDICIAL DISTRICT COURT, BRAZORIA COUNTY, TEXAS

HONORABLE K. RANDALL HUFSTETLER, JUDGE PRESIDING

---

### RESPONSE TO PETITION FOR WRIT OF MANDAMUS

---

JERI YENNE
CRIMINAL DISTRICT ATTORNEY
BRAZORIA COUNTY, TEXAS

DAVID BOSSERMAN
Assistant Criminal District Attorney
111 E. Locust, Suite 408A
Angleton, TX 77515
(979) 864-1230
(979) 864-1525 (Fax)
Bar Card No. 02679520
davidb@brazoria-county.com

ATTORNEYS FOR APPELLEE
DATE: June 8, 2014

01-15-00460-CR
01-15-00461-CR

IN THE
COURT OF APPEALS FOR THE FIRST DISTRICT
HOUSTON, TEXAS

---

IN RE JOSHUA TYRONE LANE

---

FROM CHARGES IN CAUSE NOS. 54972-1 & 54973-1
300TH JUDICIAL DISTRICT COURT, BRAZORIA COUNTY, TEXAS
HONORABLE K. RANDALL HUFSTETLER, JUDGE PRESIDING

---

**RESPONSE TO PETITION FOR WRIT OF MANDAMUS**

---

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

The State of Texas, the prosecuting authority in Cause Nos. 54972-1 & 54973-1, in the 300th Judicial District Court of Brazoria County, Texas, respectfully submits this Reply to the Writ of Mandamus of Relator Joshua Tyrone Lane, and would respectfully show the Court the following:

**PARTIES TO THE CASE**

RELATOR (pro se):

    Name:          JOSHUA TYRONE LANE
    Address:      Connally Unit
                     Inmate # 1510890
                     899 FM 632
                     Kenedy, Texas 78119

RESPONDENT:

    Name:          K. RANDALL HUFSTETLER
    Address:      Judge, 300th District Court, Brazoria County, Texas
                     Brazoria County Courthouse
                     111 E. Locust,
                     Angleton, Texas  77515

Attorney for Respondent:

    Name:          David Bosserman
                     Assistant Criminal District Attorney
    Address:      Brazoria County Criminal District Attorney's Office
                     Brazoria County Courthouse
                     111 E. Locust, Suite 408A
                     Angleton, Texas  77515
                     (979) 864-1230
                     (979) 864-1525 (Fax)

## STATEMENT OF THE CASE

On June 2, 2015, the First Court of Appeals issued an order requesting a response to the Relator's claim that the Judge did not rule on his post-conviction motion for DNA testing which he states was filed January 15, 2015.

## STATE'S RESPONSE

In fact the Judge denied the Relator's post-conviction motion for DNA testing on January 16, 2015. A certified copy of said signed order is attached to this response. It should be noted that the Appellate Court Order incorrectly refers to the second trial court number as 54972-3. The Relator in his writ of mandamus correctly refers to the number as 54973-1. There is no cause no. 54972-3 on file in Brazoria County.

## CONCLUSION

WHEREFORE, the Respondent prays that the Court of Criminal Appeals denies the Relator's Writ of Mandamus.

Respectfully submitted,

/S/  DAVID BOSSERMAN
**DAVID BOSSERMAN**
Attorney for Respondent
Assistant Criminal District Attorney
SBN 02679520
111 East Locust, Suite 408A
Angleton, Texas  77515
(979) 864-1230
(979) 864-1525 (Fax)
**ATTORNEY FOR THE STATE OF TEXAS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this Response to Petition for Writ of Mandamus was sent, JOSHUA TYRONE LANE, at Connally Unit, Inmate # 1510890, 899 FM 632, Kenedy, Texas 78119 by placing said document in the United States Mail on this the 8th day of June, 2015

/S/  David Bosserman
DAVID BOSSERMAN